No. 68264.—China Dry Goods Co. and Frank P. Dow Co. et al. v. United States, protests 58/20737, etc. (San Francisco).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.

No. 68265.—Abraham & Straus, a Division of Federated Dept. Stores, Inc., et al. v. United States, protests 59/2153, etc. (New York).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.